IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ALTHEIDE,

     Plaintiff,                    No. 12-cv-2157 KJN P

   vs.

BOARD OF PRISON TERMS, et al.,

     Defendants.           ORDER
_____/

      Plaintiff, who is proceeding without counsel, and has not paid the fee ordinarily required to file an action in this court, filed an incomplete application to proceed without prepayment of fees and costs, also known as an application to proceed in forma pauperis. (Dkt. No. 2.) See 28 U.S.C. §§ 1914(a), 1915(a).

      Without a completed application, the court is unable to properly evaluate whether plaintiff should be granted leave to proceed in forma pauperis. Accordingly, the court denies plaintiff's application without prejudice. Therefore, plaintiff will be provided with an opportunity to submit either: (1) a completed application to proceed in forma pauperis, or (2) the appropriate filing fee.

      For the reasons stated above, IT IS HEREBY ORDERED that:

      1. Plaintiff's application to proceed in forma pauperis (Dkt. No. 2) is denied

1

1 without prejudice;

2     2. Plaintiff shall submit, within twenty-one days of this order, either a completed application in support of his request to proceed in forma pauperis on the form provided by the Clerk of the Court, or the appropriate filing fee.  Plaintiff's failure to comply with this order will result in a recommendation that his application to proceed in forma pauperis be dismissed.

6     3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In District Court Without Prepaying of Fees or Costs.

DATED: August 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

al2157.ifp