IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ALTHEIDE,

    Plaintiff,                   No. 2:12-cv-2157 KJN P

    vs.

BOARD OF PRISON TERMS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  By order filed October 16, 2012, plaintiff's complaint was construed as a petition for writ of habeas corpus, and dismissed, and plaintiff was granted thirty days in which to file an amended petition was granted.  The thirty day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: November 30, 2012

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

/alth2157.dm

1